# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143497

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THE CHRISTMAN COMPANY,
          Plaintiff-Appellant,

v

RENAISSANCE PRECAST INDUSTRIES,
L.L.C.,
          Defendant-Third-Party Plaintiff-
          Appellee,

and

OHIO CASUALTY INSURANCE COMPANY,
a/k/a WEST AMERICAN INSURANCE
COMPANY, and SCOTTSDALE INSURANCE
COMPANY,
          Defendants-Appellees,

and

SIRKO ASSOCIATES, INC., STRAND
CONSTRUCTORS, INC., and URS
CORPORATION,
          Third-Party Defendants.

SC: 143497
COA: 296316
Emmet CC: 09-001744-CK

_____/

       On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

p1114